# *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

ELLIOT AIKEN

## WARRANT FOR ARREST

CASE NUMBER **00-6162**

**CR-ROETTGER**

**MAGISTRATE JUDGE SNOW**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ELLIOT AIKEN__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

in violation of Title 21 United States Code, Section(s) 846

__Clarence Maddox__
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

/s/ Denny Butler
Issuing Officer

6/15/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pre-trial Detention

by __BARRY S. SELTZER__
__MAGISTRATE JUDGE__
Name of Judicial Officer

/s/ Barry Seltzer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

