UNITED STATES DISTRICT COURT  6-16-00
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs
*Barry Smith et al*

CASE NO. 00-6162-CR-
NCR

O R D E R

THIS CAUSE is before the Court upon oral motion of the government to unseal the indictment in the above-named case. The government's motion is GRANTED and it is hereby

ORDERED AND ADJUDGED that the indictment be unsealed as to all defendants.

DONE AND ORDERED at Fort Lauderdale, Florida, this __16__ day of __June__, 20_00_.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE