UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-ROETTGER/SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| BARRY SMITH, a/k/a "Scar," | ) |
| BERNARD SMITH, a/k/a "Fatboy," | ) |
| SAM JONES, a/k/a "Sam Tyson," | ) |
| ELLIOT AIKEN, a/k/a "Pig," | ) |
| RAYMOND HICKS, | ) |
| ASIA NELSON, a/k/a "Adrian," | ) |
| EARL PARKER and | ) |
| WILLIE WALKER, a/k/a "Une, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this notice of service advising the Court that on June 19, 2000, a diskette containing each of the Applications, Affidavits and Orders pertaining to the interception of wire communications in the above-styled cause was served by Federal Express Mail upon: Richard Diaz, Esquire, counsel for Bernard Smith; Nathan Diamond, Esquire, counsel for Barry Smith; Daryl Wilcox, Esquire, counsel for Sam Jones; Martin Feigenbaum, Esquire, counsel for Raymond Hicks; and Steven Kassner, Esquire, counsel for Earl Parker

The Government would further advise the Court that a diskette containing the same



information set forth above will be provided to counsel for Elliot Aiken, III, Asia Nelson and Willie Walker at the time of their initial appearances in this District.

                            Respectfully submitted,

                            GUY A. LEWIS
                            UNITED STATES ATTORNEY

By:          _____
                KATHLEEN RICE
                ASSISTANT UNITED STATES ATTORNEY
                Florida Bar No. 100765
                500 East Broward Blvd., Seventh Floor
                Fort Lauderdale, Florida 33394
                Tel: (954) 356-7255, ext. 3512
                Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United States mail this ___21st___ day of June, 2000 to: Richard Diaz, Esquire, 2701 Southwest 3rd Avenue, Miami, Florida 33129-2335; Steven Kassner, Esquire, 815 Ponce de Leon Boulevard, Suite 303, Coral Gables, Florida 33134-3007; Martin A. Feigenbaum, Esquire, Museum Tower - Suite 1565, 150 West Flagler Street, Miami, Florida 33130; Daryl Wilcox, Esquire, Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301; Nathan Diamond, Esquire, 1221 Brickell Avenue, Suite 1020, Miami, Florida 33131-3258.

                            _____
                            KATHLEEN RICE
                            ASSISTANT UNITED STATES ATTORNEY