| | | | |
|---|---|---|---|
| DEFT: | Elliot Aiken (J)# | CASE NO: | 00-6162-CR-Roettger |
| AUSA: | Kathleen Rice *present* | ATTNY: | Mike Entin *present (temp)* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | |

BOND HEARING HELD - yes (no)      COUNSEL APPOINTED: _____

BOND SET @ _____ $250,000 Corp Surety w/ Nebbia

CO-SIGNATURES: _____   FILED by _____ D.C.

SPECIAL CONDITIONS: _____

FILED JUL 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

△ advised of charges
No Bond hrg held
Both sides stipulate
to a CSB—
reserving right
to proceed w/
a PTD hearing
at a later
date.

| | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| NEXT COURT APPEARANCE: | | | |
| INQUIRY RE COUNSEL: | 7-20-00 | 11:00am | Snow |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 7-20-00 | 11:00am | Snow |
| STATUS CONFERENCE: | | | |

DATE: 7-13-00    TIME: 11:00am    TAPE # 00-058  PG # 5

180-320