# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__    483935

UNITED STATES OF AMERICA

V.

ELLIOT AIKEN

**WARRANT FOR ARREST**

CASE NUMBER: **00-6162**
**CR-ROETTGER**

TO: The United States Marshal
and any Authorized United States Officer

MAGISTRATE JUDGE
**SNOW**

YOU ARE HEREBY COMMANDED to arrest __ELLIOT AIKEN__
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

in violation of Title __21__ United States Code, Section(s) __846__

RECEIVED 2000 JUN 16 AM 9:08 SOUTHERN DISTRICT OF FLORIDA FT. LAUD. OFFICE / UNITED STATES MARSHAL

__Clarence Maddox__           __Court Administrator/Clerk of the Court__
Name of Issuing Officer           Title of Issuing Officer

/s/ Denny Butler
Issuing Officer

Bail fixed at $ __Pretrial Detention__           6/15/00 at Fort Lauderdale, Florida
                                                Date and Location

                                                BARRY S. SELTZER  /s/ Barry Seltzer
                                            by __MAGISTRATE JUDGE__
                                                Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at
WHCAP from FCI Tallahassee

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING |
|---|---|---|
| 6/16/00 | James A. Tassone, US Marshal | OFFICER |
| DATE OF ARREST | | Fred Deponga, SDUSM |
| 7/13/00 | FOR:  FBI | |

AO 442 (Rev. 12/85) Warrant for Arrest

