**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | ELLIOT AIKEN (J) # 13058-018 | CASE NO: | 00-6162-CR-ROETTGER |
| AUSA: | KATHLEEN RICE  *pres* | ATTY: | MICHAEL ENTIN, ESQ.  *pres* |
| AGENT: | | VIOL: | |
| PROCEEDING: | INQ RE CNSL/ARRAIGNMENT | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by  D.C.
JUL 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x`s a week/month by phone; _____ x`s a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Mike Entin will not be retained.
Deft Aiken for apptmt of Counsel

CJA Counsel
to be appointed

**NEXT COURT APPEARANCE:**    DATE:    TIME:    JUDGE:    PLACE:

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL:   7-21   11   Snow
STATUS CONFERENCE: _____

DATE: 7/20/00   TIME: 11:00   FTL/LSS TAPE # 00 - 038   Begin: 3033   End: 3176

84/PM