## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: ELLIOT AIKEN (J) #13058-018　　　　CASE NO: 00-6162-CR-ROETTGER

AUSA: KATHLEEN RICE　*pre*　　　　ATTY: MICHAEL ENTIN, ESQ.　*pres*

AGENT:　　　　VIOL: *filed perm.*

PROCEEDING: ARRAIGNMENT　　　　RECOMMENDED BOND:

BOND HEARING HELD - yes / no　　　　COUNSEL APPOINTED:

BOND SET @:　　　　To be cosigned by:

FILED by ___ D.C.
JUL 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____.
- ☐ Travel extended to: _____.
- ☐ Halfway House _____.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

---

**NEXT COURT APPEARANCE:** | **DATE:** | **TIME:** | **JUDGE:** | **PLACE:**

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

PRELIM/ARRAIGN. OR REMOVAL:

STATUS CONFERENCE: _____ 8-2　　11　　BSS　/

DATE: 7/21/00　　TIME: 11:00　　FTL/LSS TAPE # 00 - 039　　Begin: 7:11　　End:

86/7:11