UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 00-6162-CR-ROETTGER

    Plaintiff,

vs.   **NOTICE OF APPEARANCE**
(FOR TRIAL PURPOSES ONLY)

ELLIOT AIKEN,

    Defendant.
_____/

COMES NOW, the Law Offices of MICHAEL J. ENTIN, and files this Appearance as Attorney of Record for the Defendant herein.

I HEREBY CERTIFY that the original hereof has been furnished to Clerk of the United States District Court, 299 East Broward Blvd., Ft. Lauderdale, Florida 33301; and a true and correct copy hereof to Kathleen Rice, United States Attorney's Office, 299 East Broward Blvd., Ft. Lauderdale, Florida 33301 on this 21st day of July, 2000.

Respectfully submitted,

LAW OFFICES OF MICHAEL J. ENTIN
ATTORNEY FOR DEFENDANT
ONE EAST BROWARD BLVD.
SUITE 1500
FORT LAUDERDALE, FL 33301
TELEPHONE: (954) 522-7000
FAX (954) 522-7003
FLORIDA BAR NO: 270261

_____
MICHAEL J. ENTIN, ESQ.