| | | | |
|---|---|---|---|
| DEFT: | Elliot Aiken (no deft) | CASE NO: | 00-6162-CR-Roettger |
| AUSA: | Kathleen Rice /Bob Nicholson | ATTNY: | Mike Entin *not present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Status Conference | BOND REC: | |

BOND HEARING HELD - yes/no  COUNSEL APPOINTED: ___

___ BOND SET @ ___

FILED by ___ D.C.
AUG 2 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
___ Electronic Monitoring ___

Atty. Entin cannot attend today's hearing but says he has received discovery.

Discovery out except for one portion
8 day to try
Gov't ready

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___

DATE: 8-2-00   TIME: 11:00am   TAPE # 00-061   PG # 1
2729-2804
105/DAI