UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER

UNITED STATES OF AMERICA,

VS.

ELLIOT AIKEN,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on August 2, 2000. At that conference, the parties informed the Court as follows:

1.    The Government informed the Court that it has moved to delay compliance with certain portions of the Standing Discovery Order. The Government is otherwise ready to proceed and anticipates that this matter will require eight (8) days to try.

2.    Defense counsel informed the Court that he has received the Government's discovery response.

DATED at Fort Lauderdale, Florida this ___ day of August 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Norman C. Roettger
United States District Judge

Kathleen Rice, Esquire
Assistant United States Attorney

Michael Entin, Esquire
Barnett Bank Plaza, Suite 1500
One East Broward Boulevard
Fort Lauderdale, Florida 33301-1804
Attorney for Defendant