UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6162-CR-ROETTGER

    Plaintiff

vs.

JOSEPH ELLIOT AIKEN,

    Defendant
_____/

## MOTION TO CONTINUE

COMES NOW the Defendant, JOSEPH ELLIOT AIKEN, by and through his undersigned counsel, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, and respectfully requests this Honorable Court to enter an order continuing the trial presently set in this matter, and as grounds would state unto this Court the following:

1. That upon information and belief, the undersigned has recently learned that this matter has been scheduled for Calendar Call on August 23, 2000, at 10:00 a.m. before your Honor.

2. The Defendant was recently arraigned and neither the undersigned nor the Defendant have received any notification that this matter was scheduled for trial with a Calendar Call on August 23, 2000, at 10:00 a.m. The undersigned became aware that this matter was scheduled for a Trial Call upon receipt of a Co-Defendant's Motion for Continuance of Trial.

2. The undersigned has recently received the Government's response to the Standing Discovery Order which contains at least 150 video tapes, and numerous audio tapes and wiretap materials prepared surrounding this investigation.

3. The undersigned has additionally learned that an index has not been prepared to date surrounding the contents of each of the audio and video tapes. In light of this, the undersigned needs additional sufficient time to formulate a method to review the videos and audio tapes to determine which tapes are pertinent to the Defendant in this cause.

4. The Defendant would additionally request a continuance to review the wire tap Affidavits and information pertaining thereto. A substantial amount of evidence was obtained in this

investigation which was pursuant to wiretap orders issued by the Court. The undersigned needs additional time to view the documents, and file any applicable motions thereto.

5. The undersigned will make an effort to contact counsels for the Co-Defendants to obtain their input surrounding a continuance of this matter and a perspective trial dates as to when all parties would be prepared.

WHEREFORE, the Defendant, ELIOTT AIKEN, respectfully requests this Honorable Court continuing the Trial in this cause from the Trial Period of August 23rd, 2000.

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Continuance has been furnished to Kathleen Rice, United States Attorney's Office, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, Florida 33394; and to Counsels on the attached Service List, on this __16__ day of August, 2000.

MICHAEL J. ENTIN, ESQ.
Attorney for Defendant
Suite 1500- SouthTrust Tower
One East Broward Blvd.
Ft. Lauderdale, FL 33301
Telephone: (954) 522-7000
Florida Bar No: 270261

2