**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | CASE NUMBER |
| PLAINTIFF, | ) | 00-6162-CR-NCR |
| | ) | |
| VS. | ) | |
| | ) | |
| **ELLIOT AIKEN,** | ) | THIS VOLUME: |
| | ) | PAGES 1 - 32 |
| DEFENDANT. | ) | |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD

BEFORE THE HONORABLE LURANA S. SNOW, IN FORT LAUDERDALE,

BROWARD COUNTY, FLORIDA, ON SEPTEMBER 14, 2000, IN THE

ABOVE-STYLED MATTER.


APPEARANCES:

FOR THE GOVERNMENT:    KATHLEEN RICE, A.U.S.A.

FOR THE DEFENDANT:    MICHAEL ENTIN, ESQ.


CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

138

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**