DEFT: Elliot Aiken (J)#　　　　　CASE NO: 00-6162-CR-Roettger (s)
AUSA: Kathleen Rice present　　　ATTNY: Michael Entin / FPD
AGENT: 　　　　　　　　　　　　　VIOL: filling in
PROCEEDING: Arraignment ont SS　BOND REC:
　　　　　　　Indictment
BOND HEARING HELD - yes/no　　　COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived

NEXT COURT APPEARANCE:　DATE:　　TIME:　　JUDGE:

INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 11-1-00　　TIME: 11:00am　　TAPE # 00-088　　PG # 3
　　　　　　　　　　　　　　　　　　1400 - 1430

169/00