HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6162-CR- Date: 1/5/01
Courtroom Clerk: Y. Nait Court Reporter: Bruer
Probation Officer: _____ Interpreter: _____

Plaintiff(s): U.S.A. Counsel: Bien

Defendant(s): B. Smith, et al Counsel: _____

Reason For Hearing: Status

Result of Hearing/Judgment: 6-8 days next trial (3 weeks w/ dif case). Aug 27, 2001 trial. Set Status in 60 days - Mar 9, 2001 at 11:00 a.m.

Misc.: _____

182/00