UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO.: 00-6162-CR-ROETTGER/SNOW

Plaintiff

vs.

JOSEPH ELLIOT AIKEN,

Defendant
_____/

NIGHT BOX
FILED
MAY - 7 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## MOTION FOR IMMEDIATE REVIEW OF DETENTION STATUS AND AUTOMATIC RELEASE, PURSUANT TO 28 U.S.C. §3164

COMES NOW the Defendant, JOSEPH ELLIOT AIKEN, by and through his undersigned counsel, and respectfully requests this Honorable Court to reconsider the Order of Pre-Trial Detention imposed on September 14, 2000, and as grounds would state unto this Court the following:

1. On June 15, 2000, a Five Count Indictment was returned by the Grand Jury and filed with the Clerk of the Court charging this Defendant in Count I with the offense of Conspiracy to Possess with the Intent to Distribute a Detectible Amount of Cocaine, in violation of Title 21 United States Code 841(a)(1). This Defendant was charged with seven (7) co-defendants in that count.

2. The Defendant was subsequently served with a Warrant for his arrest, and a Detention Hearing was conducted before the Honorable Lurana S. Snow on September 14, 2000. At that hearing, the Government relied on a proffer which was supported by the testimony of Special Agent Tom Harvey of the FBI. The evidence offered and information stated in the Proffer by Kathleen Rice, Assistant United States Attorney is very tenuous and extremely weak as to this Defendant, JOSEPH ELLIOT AIKEN. (A copy of the Pre-Trial Detention Hearing has been attached hereto and incorporated as Exhibit 1 of this Motion).

3. The undersigned has reviewed the logs surrounding the wiretaps and other discovery which the Government has provided in this case. It is abundantly clear after reviewing these materials, that the Defendant, JOSEPH ELLIOT AIKEN is being held in pre-trial detention without sufficient evidence.

4. The undersigned is unable to locate and identify any significant evidence, including tape recorded calls that would justify the detention and prosecution of him in this cause.

5. At the time Magistrate Judge Lurana Snow found probable cause to believe that the Defendant conspired to possess with intent to distribute a very substantial amount of cocaine, an offense punishable by more than ten years under the Control Substance Act 21 U.S.C. §21, et seq. a finding was made as to Defendant, AIKEN that he constituted a risk of flight and danger to the community. As a result of that Order, the Defendant has been pretrial detained since September 14, 2000, and has been languishing in custody at the Federal Detention Center in Miami, Florida for approximately eight months. The Trial of this matter is not scheduled until August, 2001.

6. The Defendant has strong ties to South Florida, and was born here. The Defendant's mother, Sheryl Gamble, maintains a close relationship with her son and is also a life-long resident of South Florida. The Defendant's grandmother, Annie Belle Gamble, has resided in South Florida since 1926 with her husband, who recently passed away while the Defendant has been incarcerated and detained.

7. The Defendant has two children: Olivia Aiken, Age 2; and Quentin Aiken, Age 11, who depend on him for financial and familial support.

8. Prior to the incarceration of this Defendant, he was gainfully employed and drug free.

9. As stated at the Pre-Trial Detention Hearing, the Defendant's family is willing to

post their home and property as collateral to secure a bond in this matter. The Defendant's family has approximately $75,000.00 in equity in their homes and property to secure bond in this cause.

10. The Defendant does not possess a passport, and has never left the United States. He has no ties to any other area of the country or world and has lived his entire life in South Florida.

11. The Defendant's family have written letter on the Defendant's behalf which have been attached hereto as Composite Exhibit 2 of this Motion).

12. Based upon information and belief, the undersigned has become aware that several of the co-defendants have been released on reasonable bonds. The Defendant would contend that he too should be considered for release based upon the insufficient evidence to support the Indictment that his been filed in this matter.

WHEREFORE, the Defendant, JOSEPH ELLIOTT AIKEN, respectfully moves this Honorable Court to reconsider the Order of Detention and release the Defendant on a reasonable bond that is commensurate with his true financial situation.

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been furnished to Kathleen Rice, United States Attorney's Office, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, Florida 33394; and to Counsels on the attached Service List, on this ___4___ day of May, 2001.

MICHAEL J. ENTIN, ESQ.
Attorney for Defendant
Suite 925- SouthTrust Tower
One East Broward Blvd.
Ft. Lauderdale, FL 33301
Telephone: (954) 522-7000
Florida Bar No: 270261

**SERVICE LIST**

UNITED STATES OF AMERICA v. JOSEPH ELLIOT AIKEN
CASE NO.: 006162-CR-ROETTGER/SNOW

Randee Golder, Esq.
P.O. Box 3756
Boynton Beach, FL 33424

Richard Diaz, Esq.
2701 S.W. 3rd Avenue
Miami, FL 33129-2335

Patrick Hunt, AFPD
Public Defender's Office
101 N.E. 3rd Avenue
Suite 202
Ft. Lauderdale, FL 33301

Steven Kassner, Esq.
815 Ponce de Leon Blvd.
Suite 303
Coral Gables, FL 33134

Manuel Gonzalez, Jr., Esq.
782 N.W. Le Jeune Rd.
Suite 318
Miami, FL 33126

Vincent Flynn, Esq.
1221 Brickell Avenue
Suite 602
Miami, FL 33131

Judge Roettger,

My name is Cheryl Gamble Aiken. Elliott's mother. All though I must admit Annie Gamble has been both fairs. I was a young Mom. I attended Nova High, graduated '71' & Married Wrong!. Not about Elliott but was definitely Not Responsible. My parents reared Elliott thru Grade School. Pioneers of Ft. Lauderdale. Elliott came with me after Grade School. He always attended Church, Football, Boy Scouts. But the neighborhood was tough and he didn't (quite) fit in. He was considered pre-ge. Troubles started, I dealt with the juvenile system to no prevail. I lost my son for about 7 yrs. I don't want to lose him again. Before his guilt was evident. But, I know that Elliott did not do what he's accused of. And, the Federal Gov't knows as well. They placed him in harms way. In a place that was under Fed. surveillance. After I asked his probation officer as well as his superior to allow me to help him set up his own business (with my parents help). All I got was NO! NO! NO!. Elliott like myself is an only child

He East the Document 228 for is recovering from Colon Cancer. He's our life. I'm not excusing his bad discussions about who he associates with but we're all be guilty of that. But No crime did he commit? And it also raises the question of "How far will we go for. how many lives & families will be destroyed for over zealous echoes.

I admit he definitely needs anger management. But, I got him to get his GED & Take Money Mgmt Classes. He's looking at MDCC. He needs a chance. But, with a prior such as his he needs a mentor, someone to open a door. We always say Everyone can live the American Dream. But without positive influences it's just that An Illusion. Consider him, Talk to him. He's a Good Son with so much Compassion. He just Needs to know, what I always tell him "You can have it if you can Dream it." Help this family make a Dream come true. Under whatever conditions you say. But, I ask that you make us a family again. His son Quinton, Mom Olivia Grandma Annie & Mom Cheryl. Thank You & Sincerely Yours

P.S. Judge Hurson was ? when he Cheryl & Jamele
wife and 9 when he returned
I don't want that to happen to his daughter because
I done know who or How Important a Dad is in a Daug's life.

5-5-2001

Judge Roettger,

I am Elliott Aiken III, Grandmother Annie B. Gamble.

The day my grandson was born was a happy God bless day for my husband and I. Cheryl was an only child and we were so happy to have a boy to love and spoil.

As he grew up in a Christian home he was taught about God a Supreme being who watched over us and cared about our well being.

I would take him to Sunday School and Church. At age ten he was Baptized in Mt. Olive Baptist Chruch.

He sang in the choir, ushered, Boyscout, YMCA. attended Bible School during the summer.

Everyone loved Elliott, he was an affectionate child. Somewhere along the line, during high school years he made a change.

My husband worked so hard day and night for his little boy to get a good Education.

My husband and I were married 58 years, he passed Feb. 2, It's hard but I know God cares for me and I will make it with his help and guidance.

Elliott has two kids, who love him dearly Quinten and Olivia.

My prayer is for Elliott to change, give his life to God, and come home and raise his children.

Sincerely,
Annie B. Gamble

4/3/01

To whom it may concern - I am writing about Joseph Eibelt as a character. I known him a few years. He is a nice guy. Even though we had our good and bad times our ups and downs and our differences but we manage to overcome them. We have a 2 years daughter together whom he barely sees. My daughter don't know her father that well. He need to be out so he can help take care of her and so they can have a father and daughter bond. He loves his kids and he misses them too. But overall he is an alright person. But it is hard being a single parent. I need him home to help raise his daughter. His kids need him to. He already miss a year of her life. Thank you No more

Olivia Hawkins

CASE # 00-CR-6162-NCR



"Do Not Scan or Copy This Transcript."

DE # 138

r-06162-PAS  Document 228  Entered on FLSD Docket 05/08/2001  Pa

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NUMBER |
| PLAINTIFF, ) | 00-6162-CR-NCR |
| ) | |
| VS. ) | |
| ) | |
| ELLIOT AIKEN, ) | THIS VOLUME: |
| ) | PAGES 1 - 32 |
| DEFENDANT. ) | |
| _____) | |

**(TRANSCRIPT BY TAPE)**

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD BEFORE THE HONORABLE LURANA S. SNOW, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON SEPTEMBER 14, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:   KATHLEEN RICE, A.U.S.A.

FOR THE DEFENDANT:    MICHAEL ENTIN, ESQ.

**EXHIBIT 1**

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

138/AJ

## TABLE OF CONTENTS

**WITNESSES:**           **DIRECT CROSS REDIRECT RECROSS**

TOM HARVEY ............................. 8

## INDEX TO EXHIBITS

| EXHIBITS | MARKED FOR IDENTIFICATION | | RECEIVED IN EVIDENCE | |
|---|---|---|---|---|
| DESCRIPTION | PAGE | LINE | PAGE | LINE |

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE