UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　CASE NO.: 00-6162-CR-ROETTGER/SNOW

　　　　Plaintiff

vs.

JOSEPH ELLIOT AIKEN,

　　　　Defendant
_____/

NIGHT BOX
FILED
MAY - 7 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## NOTIFICATION OF CHANGE OF ADDRESS

COMES NOW the undersigned attorney, MICHAEL J. ENTIN, and respectfully notifies the Clerk of the Court of the following address change:

> MICHAEL J. ENTIN, ESQ.
> **Suite 925** - SouthTrust Tower
> One East Broward Blvd.
> Ft. Lauderdale, FL 33301
> Telephone: (954) 522-7000
> **Fax: (954) 522-7008**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been furnished to Kathleen Rice, United States Attorney's Office, 500 East Broward Blvd.. 7th Floor, Ft. Lauderdale, Florida 33394; and to Counsels on the attached Service List, on this 4th day of May, 2001.

　　　　　　　　　　　　　　　　MICHAEL J. ENTIN, ESQ.
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　Suite 925- SouthTrust Tower
　　　　　　　　　　　　　　　　One East Broward Blvd.
　　　　　　　　　　　　　　　　Ft. Lauderdale, FL 33301
　　　　　　　　　　　　　　　　Telephone: (954) 522-7000
　　　　　　　　　　　　　　　　Florida Bar No: 270261
　　　　　　　　　　　　　　　　Fax: (954) 522-7008

**SERVICE LIST**

UNITED STATES OF AMERICA v. JOSEPH ELLIOT AIKEN
CASE NO.: 006162-CR-ROETTGER/SNOW

Randee Golder, Esq.
P.O. Box 3756
Boynton Beach, FL 33424

Richard Diaz, Esq.
2701 S.W. 3rd Avenue
Miami, FL 33129-2335

Patrick Hunt, AFPD
Public Defender's Office
101 N.E. 3rd Avenue
Suite 202
Ft. Lauderdale, FL 33301

Steven Kassner, Esq.
815 Ponce de Leon Blvd.
Suite 303
Coral Gables, FL 33134

Manuel Gonzalez, Jr., Esq.
782 N.W. Le Jeune Rd.
Suite 318
Miami, FL 33126

Vincent Flynn, Esq.
1221 Brickell Avenue
Suite 602
Miami, FL 33131