UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Case No.: 00-6162-CR-ROETTGER

Plaintiff,

v.

**ORDER**

JOSEPH AIKEN, et al.,

Defendants. /

FILED by ____ D.C.

MAY 15 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**THIS CAUSE** is before the Court upon Defendant Joseph Aiken's motion for immediate review of detention status and automatic release. Aiken's motion will be construed as an appeal from an order granting government's motion for pretrial detention. Upon consideration of the motion and the record in this cause, it is

**ORDERED AND ADJUDGED** that the Court adopts the findings of fact and statement of reasons for the detention prepared by Magistrate Judge Lurana S. Snow. Defendant's appeal from the order granting government's motion for pretrial detention is hereby **DENIED.**

**DONE AND ORDERED** this _14_ day of ___May___, 2001.

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record