UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6162-CR-ROETTGER/SNOW

Plaintiff

vs.

JOSEPH ELLIOT AIKEN,

Defendant
_____/



## DEFENDANT'S SPECIFIC BRADY REQUEST REGARDING REIMBURSEMENT, COST MONEY, AND FEES PAID TO COOPERATING WITNESSES

The Defendant, JOSEPH ELLIOT AIKEN, by and through his undersigned counsel, moves this Court for an order directing the government to specifically respond to the following Brady request:

> Whether any government witnesses including, Sam Jones and Early Parker were given or promised any money as reimbursement for costs or fees incurred on behalf of the United States.

Thus far, the government's Responses to the Standing Discovery Order have indicated that no government witnesses have been given or promised any money as reimbursement for costs incurred or to be incurred for or on behalf of the government.

Notwithstanding this response, the defendant respectfully submits that this motion should be granted so that the government is under a continuing duty to specifically respond to this Brady request should circumstances change.[1]  The fact that **presently** no government witness has received

---

[1] To be sure, promises of financial or other awards or benefits are discoverable and are fair game during cross-examination. For example, if a witness is reimbursed in an amount that seems excessive given the expense allegedly incurred (for example, $100 for breakfast), the defense would be entitled to explore this "reimbursement" to show, among other things, that the witness lied to the government about the cost of breakfast in order to keep some of the cost money.

or been promised reimbursement/cost money does not mean that Aiken is not entitled to disclosure of this information in the **future** should circumstances change. Aiken should not be required to periodically filed specific <u>Brady</u> request for this information.

Accordingly, Joseph Elliot Aiken, respectfully requests that this motion be granted and that the government be directed to specifically respond to this <u>Brady</u> request.

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been furnished to Kathleen Rice, United States Attorney's Office, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, Florida 33394 on this $\underline{26}$ day of June, 2001.

MICHAEL J. ENTIN, ESQ.
Attorney for Defendant
Suite 925- SouthTrust Tower
One East Broward Blvd.
Ft. Lauderdale, FL 33301
Telephone: (954) 522-7000
Florida Bar No: 270261