UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER/SNOW

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,              )
                                 )
vs.                              )
                                 )
ELLIOT AIKEN,                    )
                                 )
        Defendant.              )
_____)

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL INSPECTION OF PROBATION FILES AND PSI REPORTS AND PRODUCTION OF *BRADY* AND *GIGLIO* MATERIALS

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and files its response in opposition to the Defendant, Elliot Aiken's motion to compel inspection of probation files and PSI reports and production of *Brady* and *Giglio* materials.

The Government is in the process of obtaining certified copies of the judgment and convictions pertaining to each cooperating witness. With the exception of the PSI report of one cooperating witness, the Government does not have in its possession and does not have access to the PSI reports of the other cooperating witnesses. The law is clear that the Government is not required to "undertake a fishing expedition in other jurisdictions" simply because the defense has made a *Brady* request for information about a witness. *See United States v. Meros*, 866 F.2d



1304 (11th Cir. 1989). To the extent that the PSI report in the Government's possession contains exculpatory or impeachment information, such information will be disclosed five days prior to trial with the identity of the cooperating witnesses.

With respect to the cooperating defendants in this case, none of these individuals has yet been sentenced by the Court and the PSI reports have not yet been finalized. To the extent that the PSI reports have been prepared, such reports do not contain exculpatory material. Moreover, the Government has already provided each cooperating defendant's plea agreement, certified copies of judgments and convictions and NCIC records to all of the defense counsel. These documents will allow ample cross-examination on the issues of the cooperating defendant's credibility and motivation to testify in this case.

WHEREFORE, the Government respectfully requests that the Defendant's motion to compel inspection of probation files and PSI reports and production of *Brady* and *Giglio* materials be denied in its entirety.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255, ext. 3512
Fax: (954) 356-7336

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by United States mail this 26th day of July, 2001, to: Michael J. Entin, Esquire, Suite 1500, Southtrust Tower, One East Broward Boulevard, Fort Lauderdale, Florida 33301.

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY