UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER(s)(s)/SNOW

UNITED STATES OF AMERICA,       :

    Plaintiff,              :

v.                              :

BARRY SMITH, et al.,            :

    Defendants.             :

FILED by ___ D.C.
AUG 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

**O R D E R**

THIS CAUSE is before the Court on defendant **Elliot Aiken's** Motion to Compel Inspection of Probation Files and PSI Reports and Production of <u>Brady</u> and <u>Giglio</u> Materials (DE 251), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED. It is further

ORDERED that counsel for defendant Aiken provide a copy of this Order to all counsel noted below as no envelopes were provided.

DONE AND ORDERED at Fort Lauderdale, Florida, this 17th day of August, 2001.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Kathleen Rice (FTL)      Randee Golder, Esq.
Richard Diaz, Esq.            AFPD Pat Hunt (FTL)
Michael Entin, Esq.           Michael Bloom, Esq.
Manuel Gonzalez, Esq.         Steven Kassner, Esq.
Vincent Flynn, Esq.

