UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER/SNOW(s)(s)

UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )
                              )
vs.                           )
                              )
ELLIOT AIKEN,                 )
a/k/a "Pig,"                  )
            Defendant.        )
_____)



### INFORMATION AND NOTICE OF GOVERNMENT'S INTENTION TO RELY UPON PRIOR NARCOTICS CONVICTIONS AS GROUNDS FOR INCREASED PUNISHMENT

The United States of America, pursuant to the provisions of Title 21, United States Code, Section 851, hereby files this Information and Notice to the Court and the defendant that the government will seek enhanced punishment of the defendant, ELLIOT AIKEN, a/k/a "Pig." The grounds for the proposed enhanced punishment are as follows:

1. The defendant has been charged with conspiracy to possess cocaine, in violation of Title 21, United States Code, Section 846. This charge carries a mandatory minimum period of incarceration of ten years. *See* Title 21, United States Code, Section 841(b)(1)(A).

2. The applicable penalty provisions cited above provide that where a defendant previously has a prior conviction for a felony drug offense which has become final, the penalty shall be enhanced



to a mandatory term of twenty years' imprisonment, and a statutory maximum term of life imprisonment without release, and a possible fine of up to $8,000,000.

3. The defendant, ELLIOT AIKEN, a/k/a "Pig," was convicted of a qualifying narcotics offense in the United States District Court for the Northern District of Florida, Tallahassee Division, on or about August 11, 1992, of conspiracy to possess with intent to distribute cocaine base, case no. TCR 92-04014-001. A certified copy of this conviction has previously been provided to defense counsel.

4. Accordingly, the Government will petition the Court to impose the above enhanced penalty provisions in the prosecution of this action.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: _____
    KATHLEEN RICE (FBN: 100765)
    ASSISTANT UNITED STATES ATTORNEY
    500 East Broward Blvd, 7th Floor
    Fort Lauderdale, Florida 33394
    Telephone: (954) 356-7255, ext. 3512
    Facsimile: (954) 356-7336

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered in open court this 27th day of August, 2001, to: Michael Entin, Esquire, counsel for defendant, Elliot Aiken.

KATHLEEN RICE
ASSISTANT U.S. ATTORNEY