UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6162-CR-ROETTGER

UNITED STATES OF AMERICA

vs

ELLIOT AIKEN

**VERDICT**



FILED _____ D.C.
SEP 2 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____/

We the jury, find the defendant ELLIOT AIKEN,

_____ as to Count 1. If your verdict is for the
Guilty/(Not Guilty)

defendant please circle "Not Guilty", date, and sign this verdict form.

But if you find the defendant guilty as to Count 1, please indicate the amount of cocaine:

_____ under 500 grams,  _____ 500 grams to 5 kilograms,

_____ excess of 5 kilograms.

as charged in the Superseding Indictment.

    SO SAY WE ALL.

Dated this __26TH__ day of __SEPT__, 2001 at Ft. Lauderdale, Florida.

_____
Foreman/Forewoman