AO 245A (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

FILED by _____ D.C.

SEP ...

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.
ELLIOT AIKEN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 00-6162-CR-ROETTGER

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judicial Officer

NORMAN C. ROETTGER
Name and Title of Judicial Officer

26 Sep 2001
Date